IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GREEN PARTY OF TENNESSEE,          )
CONSTITUTION PARTY OF              )
TENNESSEE,                         )
                                   )
        Plaintiffs,                )        No. 3:11-cv-00692
                                   )        Chief Judge Haynes
v.                                 )
                                   )
TRE HARGETT, in his official capacity as    )
Tennessee Secretary of State, and MARK      )
GOINS, in his official capacity as          )
Coordinator of Elections for the State of   )
Tennessee ,                        )
                                   )
        Defendants.                )
                                   )

## O R D E R

In accordance with the Memorandum filed herewith, the Plaintiffs', the Green Party of

Tennessee and the Constitution party of Tennessee, supplemental motion for attorneys' fees and

costs (Docket Entry No. 100) is **GRANTED** in part and **DENIED** in part.

The Defendants, Tre Hargett and Mark Goins, in their official capacities for the State of

Tennessee, must remit to Plaintiffs their attorneys' fees and costs in the amount of $15,587.50.

It is so **ORDERED**.

**ENTERED** this _23_ day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court