# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| GREEN PARTY OF TENNESSEE, <br> CONSTITUTION PARTY OF <br> TENNESSEE, <br>                         Plaintiffs, <br> vs. <br> <br> TRE HARGETT, in his official capacity <br> as Tennessee Secretary of State, and MARK <br> GOINS, in his official capacity as <br> Coordinator of Elections for the State of <br> Tennessee, <br>                         Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br> <br> <br> <br> Case No.: 3:11-cv-00692 <br> <br> Judge Waverly Crenshaw |

## STIPULATIONS TO QUALIFICATIONS AND DIRECT TESTIMONY OF EXPERT WITNESSES AT TRIAL

**COME NOW**, Plaintiffs, GREEN PARTY OF TENNESSEE and CONSTITUTION PARTY OF TENNESSEE and Defendants, TRE HARGETT, in his official capacity as Tennessee Secretary of State, and MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, by and through their undersigned counsel, and for their Stipulations to Qualifications and Direct Testimony of Expert Witnesses at Trial state:

1. Pursuant to Local Rule 39.01(c)(6)(c), Defendants stipulate to the qualifications of Mr. Richard Winger as an expert thereby obviating the necessity for qualification at trial.

2. Pursuant to Local Rule 39.01(c)(6)(c), Plaintiffs stipulate to the qualifications of Dr. M.V. Hood III and Dr. Daniel E. Ho as experts thereby obviating the necessity for qualification at trial.

3. The parties stipulate that Mr. Richard Winger's expert report titled "Supplemental Expert Report of Richard Winger" dated February 9, 2015, attached hereto as Exhibit A, shall constitute Mr. Winger's direct testimony at trial pursuant to Local Rule 39.01(c)(6)(c) obviating the need for Mr. Winger to read his report aloud to the trier of fact.

4. The parties stipulate that Dr. M.V. Hood III's expert report attached to his Declaration dated May 13, 2015, attached hereto as Exhibit B, shall constitute Dr. Hood's direct testimony at trial pursuant to Local Rule 39.01(c)(6)(c) obviating the need for Dr. Hood to read his report aloud to the trier of fact.

5. The parties stipulate that Dr. Daniel E. Ho's expert report titled "Expert Witness Report" dated May 14, 2015, attached hereto as Exhibit C, shall constitute Dr. Ho's direct testimony at trial pursuant to Local Rule 39.01(c)(6)(c) obviating the need for Dr. Ho to read his report aloud to the trier of fact.

6. Notwithstanding the foregoing, the parties reserve the right to object to portions of the cited experts qualifications and opinions based on any grounds on which such objections could be timely asserted if the experts were entering their opinions through live testimony or to any testimony that may be deemed lay witness testimony.

Respectfully submitted,

/s/ Alan P. Woodruff_____
ALAN P. WOODRUFF (BPR 30651)
9 Turkey Toe Lane
Arden, NC 28704
(828) 676-1245
Alan.jd.llm@gmail.com

/s/ Heather Scott_____
HEATHER SCOTT (BPR 32358)
P.O. Box 761
Mt. Juliet, TN 37121
heather.scott@heatherscottlaw.com
*Attorney for Plaintiffs*


HERBERT H. SLATERY III
Attorney General and Reporter

/s/ Janet M. Kleinfelter_____
JANET M. KLEINFELTER (BPR 13889)
Deputy Attorney General
Public Interest Division
(615) 741-7403
janet.kleinfelter@ag.tn.gov

/s/ Ryan A. Lee_____
RYAN A. LEE (BPR 31937)
Assistant Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202-20207
(615) 741-3521
Ryan.lee@ag.tn.gov
*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 6th day of July 2016 that a copy of the above document has been served upon the following persons by:

  X     Electronic Case Filing (ECF) System to:

Alan P. Woodruff
9 Turkey Toe Lane
Arden, NC 28704
Alan.jd.llm@gmail.com

Darrell Castle
Darrell Castle & Associates
4515 Poplar Avenue, Suite 510
Memphis, TN 38117
Dlc25861@aol.com

Heather Scott
P.O. Box 761
Mt. Juliet, TN 37121
heather.scott@heatherscottlaw.com

                                      /s/ Ryan A. Lee
                                      RYAN A. LEE (BPR 31937)