IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GREEN PARTY OF TENNESSEE, CONSTITUTION PARTY OF TENNESSEE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:11-cv-00692 Judge Crenshaw |
| TRE HARGETT, in his official capacity as Tennessee Secretary of State, and MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL
## OF SPECIAL COUNSEL HART
## AS CO-COUNSEL FOR DEFENDANTS

The undersigned counsel hereby give notices of his withdrawal as additional co-counsel on behalf of the Defendants Tre Hargett, in his official capacity as Tennessee Secretary of State, and Mark Goins, in his official capacity as Coordinator of Elections for the State of Tennessee. The undersigned counsel is needed to help respond to a request for temporary injunctive relief during the time set for the trial of this matter. Lead-counsel Deputy Attorney General Janet Kleinfelter and co-counsel Assistant Attorney General Ryan Lee are prepared for the trial of this matter and ready to proceed in accordance with the Orders of this Court with representation of Defendants.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter


/s/ Steven A. Hart
STEVEN A. HART (TN BPR No. 7050)
Special Counsel, Public Interest Division
Tennessee Attorney General's Office
500 Charlotte Avenue
P. O. Box 20207
Nashville, TN  37202-0207
(615) 741-3505   fax (615) 532-6951
Email: Steve.Hart@ag.tn.gov


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 11th day of July 2016 that a copy of the above document was served upon the following persons by electronic mail and first-class mail, postage prepaid:

ALAN P. WOODRUFF
9 Turkey Toe Lane
Arden, NC 28704
(828) 676-1245
Alan.jd.llm@gmail.com

DARRELL CASTLE
Darrell Castle & Associates
4515 Poplar Avenue, Suite 510
Memphis, TN 38117
Dlc25861@aol.com

HEATHER SCOTT
P.O. Box 761
Mt. Juliet, TN 37121
heather.scott@heatherscottlaw.com

/s/ Steven A. Hart
STEVEN A. HART
Special Counsel


2